**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TREZON GRIFFIN
ADC #184079**                                                                                                     **PLAINTIFF**

**V.**                                        **NO. 4:24-cv-00585-KGB-ERE**

**TIM RYALS**, *et al*.                                                                                       **DEFENDANTS**

**ORDER**

*Pro se* plaintiff Trezon Griffin has filed: (1) a motion to compel; and (2) a motion for me to reconsider my denial of his motion for subpoena. *Docs. 76, 77*. For the following reasons, Mr. Griffin's motion to compel is denied and his motion to reconsider will be held in abeyance to allow him to supplement his motion for reconsideration.

**I.      Motion to Compel**

Mr. Griffin's motion to compel asks me to order Defendants to fully respond to his discovery requests. Defendants have responded to Mr. Griffin's motion and attached their discovery responses. *Doc. 84*. A review of the discovery responses shows that Defendants: (1) responded to Mr. Griffin's discovery requests in accordance with the Federal Rules of Civil Procedure governing discovery; and (2) provided all available discovery relevant to Mr. Griffin's claims and "proportional to the needs of the case." FED. R. CIV. P. 26(f). This motion must be denied.

## II. Motion for Reconsideration

Mr. Griffin's motion to reconsider asks that I reconsider my prior ruling denying his motion to subpoena certain documents from the Arkansas Division of Correction. Mr. Griffin explains that he believes ADC officials possess copies of the inmate statement form and photographs of his injuries taken immediately after he was taken into ADC custody. In response to Mr. Griffin's motion, Defendants explain that they do not possess the requested documents. *Doc. 84 at 2*.

The Court will allow Mr. Griffin an opportunity to file a supplement to his motion for reconsideration to provide the following additional information: (1) the approximate date he issued the statement; (2) the approximate date ADC officials took the photographs; and (3) which ADC unit Mr. Griffin was immediately transferred to after the February 12, 2024 incident.

IT IS THEREFORE ORDERED THAT:

1. Mr. Griffin's motion to compel (*Doc. 76*) is DENIED.

2. Mr. Griffin has fourteen days to file a supplement to his motion for reconsideration to provide the information requested above. If Mr. Griffin fails to provide the requested information, his motion for reconsideration will be denied.

SO ORDERED 25 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE